(INND Rev. 8/16)  page 1

# UNITED STATES DISTRICT COURT - FILED -
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.] JAN 25 2018

ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Kiel Stone

[You are the PLAINTIFF, print your full name on this line.]

v.

Todd Shepherd

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number 3:18cv54

[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

# CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Todd Shepherd, Lieutenant for the Saint Joseph County Sheriffs Department | 401 W. Sample St. South Bend Indiana, 46601 |
| 2 | [Put the names of any other defendants in these boxes.] Wayne Foresman, Saint Joseph County Sheriffs Deputy | 401 W. Sample St. South Bend Indiana, 46601 |
| 3 | Saint Joesph County Sheriffs Department | 401 W. Sample St. South Bend Indiana, 46601 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __3__

2. What is your address? 502 east Michigan street, New Carlisle, IN 46552

3. What is your telephone number: (574) 210-5852  email address kielstone18@icloud.com

4. Have you ever sued anyone for these exact same claims?
   ○ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

# Complaint

Claims and Facts

On 1-26-16 sometime in the afternoon hours Kiel Stone went to the St. Joseph County City Building which is connected to traffic and misdemeanor courthouse as well as the St. Joseph Felony Court by the way of a underground tunnel. At the entrance of the St. Joseph County City building Mr. Stone was in the process of going through security at this point Mr. Stone emptied the contents of his pockets to comply with requests or female deputy sheriff blonde hair white female one of the numerous items in Mr. Stone's possession was an cellular phone. The blonde female sheriff's deputy asked Mr. Stone where he was going instead of lying to the deputy Mr. Stone was honest and said he was going up to Traffic and Misdemeanor clerks window to either pay court costs or to get a court document. The female sheriff's deputy told Mr. Stone when he went to Traffic and Misdemeanor clerks' window to keep his cell phone in his pocket. Mr. Stone thought that meant he was welcome to take his cell phone into the Traffic and Misdemeanor clerk's area which isn't in the actual court room. Apparently at that time and present day the St. Joseph County Courthouse's has a no cell phone policy even though attorneys and court staff are allowed to have their cell phones in the Clerks area and inside the courtroom. To be clear at no time did the female sheriff deputy give Mr. Stone a lawful order that he couldn't take his phone into the Traffic And Misdemeanor clerks area she simply told him to keep his phone in his pocket so Mr. Stone proceeded to go down the stairwell which would lead to the tunnel to go to the courthouses. Soon after Mr. Stone maybe 50 feet after Mr. Stone entered the underground tunnel Mr. Stone encountered St. Joseph County Sheriff Wayne Foresman Who confronted Mr. Stone in a very aggressive manner Mr. Foresman was threatening to taze Mr. Stone. Mr. Stone was told to put his hands behind his back he was under arrest Mr. Stone asked Mr. Foresman what he was being arrested for Mr. Foresman said comply with my command and will speak after your handcuffed. Mr. Stone complied with the lawful order Mr. Stone was handcuffed behind his back after Mr. Stone was handcuffed he asked Mr. Foresman again why he was being arrested Mr. Foresmm articulated to Mr. Stone that Deputy Foresman was told to arrest Mr. Stone. In that same time frame Mr. Stone heard very clearly that a voice over Deputy Foresman's radio identified as Lieutenant Todd Shepherd all the St. Joseph County Sheriff's department said "we got Kiel Stone". At the location where Mr. Stone was arrested for allegedly taking a cell phone into a court area Mr. Stone wasn't anywhere near a court area. Mr. Stone was taken to the old St. Joseph county jail in the basement of the Court

House to be processed so Mr. Stone could be taken to St. Joseph County Jail located at 401 West Sample St. South Bend Indiana 46601. Mr. Stone was taken to St. Joseph County where Mr. Stone was illegally held for 3 plus hours until Mr. Stone posted a bond. The above action by deputy Foresman is a clear violation of Mr. Stone's 4th amendment right. Mr. Stone had a court date on 2-11-16 magistrate Singleton was the presiding magistrate over Mr. Stone's court hearing instead of dismissing the charge because of the charges due to lack of evidence magistrate Singleton continued the wrongful attempted prosecution of Mr. Stone until 4-4-16. Magistrate Singleton would not dismiss the case on Mr. Stone's court date on 3-10-16 so magistrate Singleton continued Mr. Stone's case set for 4-4-16. At this point Mr. Stone knows that there is something horribly wrong occuring that Mr. Stone did not commit a crime yet Mr. Stone at this point has not been charged does not have a public defender and magistrate Singleton will not dismiss the case. Mr. Stone had to hire a lawyer Mr. Stone choose lawyer George T. Catanzarite for Mr. Stones legal representation Mr. Catanzarite's fee was 140 dollars. Mr. Catanzarite showed up at Traffic and Misdemeanor Court on 4-4-16 to represent Mr. Stone, at that point magistrate Singleton noticed that Mr. Stone could no longer be bullied and had competent legal representation as in Mr. Catanzarite then Magistrate Singleton decided to dismiss Mr. Stone's case.

Preliminary Conclusion

On 1-26-16 at the St. Joseph County City Building at the security checkpoint Mr. Stone was never given a clear lawful order by the female sheriff's deputy to take Mr. Stone's phone out to his vehicle yet the same sheriffs female deputy called over the radio and started this unlawful arrest thus unlawful prosecution of Mr. Stone. The allegation upon why the female sheriff deputy did not give Mr. Stone a clear lawful order is that she is a secret governmental agent thus taking orders from a governmental agency such as a the Central Intelligence Agency to make Mr. Stone's life miserable which is illegal supported by extensive case law.

When Mr. Stone was unlawfully thus unconstitutionally arrested by Deputy Foresman at that point nor at any juncture did Mr. Stone actually violate any laws yet deputy Foresman still arrested Mr. Stone for not breaking the law. Why would a sheriff's deputy intentionally arrest Mr. Stone for not breaking the law? The reason is deputy Foresman was taking instructions from a governmental agency and from an employee of a governmental agency such as the CIA to unlawfully arrest Mr. Stone. Any professional such as a sheriff's deputy who abuses their know position outside of their known capacity to take an action that was directed

by a governmental agency such as the CIA is illegal and there is extensive case law to affirm Mr. Stone's summation.

Why did Lieutenant Todd shepherd of the St. Joseph County sheriff's department articulate over the radio and say "we got Kiel Stone". The fact is that Lieutenant Shepherd of the St. Joseph County Sheriff's Department is a secret governmental agent working for governmental agency such as the CIA all this is very simple Mr. Stone was not arrested for breaking any laws or court rules rather for being the subject of an conspiracy since 2007 spearheaded by a governmental agency such as the CIA.

Why did Magistrate Singleton keep continuing Mr. Stone's case for multiple months when Magistrate Singleton knew that Mr. Stone did not break any laws and/or court rules? The answer is that Magistrate Singleton is a secret governmental agent for a governmental agency such as the CIA. Mr. Stone's summation is proven because the St. Joseph County Prosecutor's office never filed charge (s) in Mr. Stone's case.

Mr. Stone alleges that the St. Joseph County Sheriff's Department did not and does not take proper nor adequate steps to prevent secret governmental agents who are working for a governmental agency such as the CIA to be employed with the St. Joseph County Sheriff's Department. There is clear evidence in the above mentioned actions to support Mr. Stone's summation that the St. Joseph County Sheriff's Department does not take proper nor adequate thus preventative measures thus to prevent secret governmental agents who are working for governmental agency such as the CIA to be employed by the St. Joseph County Sheriff's Department.

Final conclusion

1.) Mr. Stone had his fourth amendment right violated by being illegally detained for over three hours illegally thus unlawfully arrested.

2.) All of the actions stated above were committed by governmental agents working for a governmental agency thus taking their orders directly from said governmental agency such as the CIA to ruin Mr. Stone's life to violate Mr. Stone's constitutional rights which all are seriously egregiously illegal!

3.) The Saint Joseph County Sheriff's Department did not on the date of the offense perpetrated against Mr. Stone nor currently does not take proper thus

preventative measures to ensure that Secret Governmental Agents working for a governmental agency such as the CIA do not end up working for the St. Joseph County Sheriff's department.

1-25-18

*[signature: Paul Stone]*

(INND Rev. 8/16) page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

    **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

    **DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 8/16) page 3

Claims and Facts (continued)

_____
_____
_____
_____
_____
_____

**PRIOR LAWSUITS** – Have you ever sued anyone for this exact same event?
- ○ No.
- ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?
10,000,000 $ in relief, a change in policy thus enforce Saint Joseph County Sheriff's policy not to hire governmental agents working for a governmental agency such as the CIA. To retrain deputy's on following all laws and the constitution of the United States of America.

_____
_____

**FILING FEE** – Are you paying the filing fee?
- ○ Yes, I am paying the $400.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]
- ☑ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]
_____ I will keep a copy of this complaint for my records.
_____ I will promptly notify the court of any change of address.
_____ I declare **under penalty of perjury** that the statements in this complaint are true.

_[signature]_     1-25-18
Signature     Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]